ANDREW M. CARROLL, ESQ.
701 State Route 73, Suite C-3
West Berlin, NJ 08091
(856) 795-0351 – Phone
(856) 429-5272 – Fax
AC/0842

## UNITED STATE BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re.: Patrick Mallon, | Bankruptcy No. 09-37862-MBK |
| Debtor | Chapter 13 |
| | CERTIFICATION |

I, Patrick E. Mallon, hereby certify:

1. I am Debtor in the above captioned case. I make this Certification in support of the my Motion to extend the automatic stay in the present case.

2. I am filing the present case in an effort to save my house. I filed a bankruptcy petition previously and it was dismissed due to a disagreement with the trustee as to the appropriate monthly payment amount. The figures were so drastically off.

3. This time around I have structured the petition and plan differently to allow for the larger payment.

4. No other creditor's rights are prejudiced by allowing the automatic stay to be extended with the in the present case.

5. I request that Your Honor allow the automatic stay to be extended in the present case.

6. Due to the uncomplicated nature of this Motion, a legal brief is not required.

7. I certify the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ Andre w  M . Carroll, Esquire
Andrew M. Carroll, Esquire

November 15, 2009